```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```



**FILED**

AUG 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2 10-R-363 EG |
| Plaintiff, ) | |
| ) | **ORDER TO SEAL** |
| v. ) | **(Under Seal)** |
| ) | |
| BRENT CLARENCE WILLIAM BOULTER, ) | |
| ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael M. Beckwith to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the defendant, BRENT CLARENCE WILLIAM BOULTER is arrested or until further order of this Court.

DATED: August 26, 2010

_____
KIMBERLY J. MUELLER
United States Magistrate Judge