1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BRENT BOULTER



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-363 EJG |
| --- | --- |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE AND |
| | ) EXCLUDING TIME |
| BRENT BOULTER, | ) |
| | ) DATE:  May 20, 2011 |
| Defendant. | ) TIME:  10:00 a.m. |
| | ) JUDGE: Edward J. Garcia |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Status Conference hearing date of May 13, 2011 be vacated, and the matter rescheduled for Status Conference on May 20, 2011 at 10:00 a.m.

   Counsel for the United States is in the process of preparing a proposed plea agreement to defense counsel. Defense counsel seeks additional time to review the proposed agreement with Mr. Boulter who is presently incarcerated at the Wayne Brown Correctional Facility in Nevada City, and to continue discussions with counsel for the government.

1  To afford time to complete these tasks, the parties agree that the
2  time under the Speedy Trial Act should be excluded from the date of
3  signing of this order through and including May 20, 2011 pursuant to
4  18 U.S.C.§3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local
5  Code T4 based upon continuity of counsel and defense preparation.

6  Dated: May 11, 2011                    Respectfully submitted,

7                                         DANIEL J. BRODERICK
                                          Federal Defender
8

9                                         /s/ Linda C. Harter
                                          LINDA C. HARTER
10                                        Chief Assistant Federal Defender
                                          Attorney for Defendant
11                                        BRENT BOULTER

12

13 Dated: May 11, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney
14

15                                        /s/Michael Beckwith
                                          MICHAEL BECKWITH
16                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
17

18                                   **O R D E R**

19  **IT IS SO ORDERED.**  For the reasons set forth above, the court
20 finds that the ends of justice to be served by a continuance outweigh
21 the best interests of the public and the defendant in a speedy trial
22 and therefore excludes time under the Speedy Trial Act through
23 May 20, 2011.

24 Dated: __May 11__, 2011              _____
                                        EDWARD J. GARCIA
25                                      United States District Judge

26

27

28

Stip/Order/Brent Boulter                -2-