BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 2:10-0363 EJG |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME |
| BRENT CLARENCE BOULTER, | ) |
| Defendant. | ) |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Brent Clarence Boulter, through his counsel of record, Linda C. Harter, Esq., hereby stipulate and agree that the status conference set for June 10, 2011, be continued to June 24, 2011.

   The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of June 24, 2011, for the status conference. Accordingly,
///

1

the parties stipulate that time be excluded pursuant to Local Code T4 - additional time to prepare.

IT IS SO STIPULATED.

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: June 9, 2011          By: /s/ Michael M. Beckwith
                                               MICHAEL M. BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

DATED: June 9, 2011          By: /s/ Linda C. Harter
                                               LINDA C. HARTER
                                               Attorney for Defendant
                                               Brent Clarence Boulter

---

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference set for June 10, 2011, be continued to June 24, 2011, and that the time beginning June 10, 2011, and extending through June 24, 2011, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 9, 2011          /s/ Edward J. Garcia
                                        HONORABLE EDWARD J. GARCIA
                                        United States District Judge