UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM AND ORDER

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              **RE:**    **BOULTER, Brent Clarence Willi**
                                        **Docket Number: 2:10CR00363-01**
                                        **CONTINUANCE OF JUDGMENT**
                                        **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 9, 2011, to December 2, 2011, at 10:00 AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to heavy workload in the court unit, as well as two impending retirements, this case had to be reassigned. The continuance is needed to allow the new officer time to complete a thorough investigation and presentence report. The government and the defendant are in agreement with this proposed continuance.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                      Respectfully submitted,

                                      /s/ Jeffrey C. Oestreicher
                                      **JEFFREY C. OESTREICHER**
                                      **Supervising United States Probation Officer**

FILED
AUG 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Dated:      August 2, 2011
               Sacramento, California

RE:  BOULTER, Brent Clarence Willi
     Docket Number:   2:10CR00363-01
     **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc:  Clerk, United States District Court
     United States Attorney's Office
     United States Marshal's Office
     Federal Defender (If defense counsel is court-appointed)
     Probation Office Calendar clerk

✓ Approved

_____  8/3/11
**EDWARD J. GARCIA**        Date
**Senior United States District Judge**

___ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:10CR00363-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Brent Clarence Willi BOULTER | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | December 2, 2011 @ 10:00 AM |
| Reply, or Statement of Non-Opposition: | November 23, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 18, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 10, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 4, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | October 21, 2011 |

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG