# Memorandum

United States Attorney
Eastern District of California

**MEMORANDUM & ORDER**

| Subject | Date |
|---|---|
| Judgment and Sentencing <br> <u>United States v. Brent Clarence Willi Boulter</u> <br> 2:10-CR-0363 EJG | November 15, 2011 |

| To | From |
|---|---|
| Colleen Lydon Courtroom Clerk for the Honorable Edward J. Garcia | Michael M. Beckwith <br> Assistant United States Attorney |

The parties in the above referenced case respectfully ask the Court to reschedule the Judgment and Sentencing hearing currently scheduled for December 2, 2011. In light of the Court's availability, the parties have agreed to January 27, 2012, as the new date for sentencing.

If you have any questions, please contact me at 916-554-2797.

CIEJG

**FILED**
NOV 16 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IT IS SO ORDERED

_/s/ Edward J. Garcia_
11/16/11