BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 2:10-363 EJG |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| v. ) | **SENTENCING DATE** |
| ) | |
| BRENT CLARENCE BOULTER, ) | |
| ) | DATE: March 30, 2012 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____) | CTRM: Hon. Edward J. Garcia |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Assistant United States Attorney, Michael M. Beckwith, and defendant Brent Clarence Boulter, through his counsel, Linda C. Harter, Esq., hereby submits this stipulation to continue the sentencing date, which is currently set for January 27, 2012, at 10:00 a.m., and requests that this Court continue the sentencing date to March 30, 2012, at 10:00 a.m.  The Government has confirmed this date with the United States Probation Officer who is in agreement.

///

///

1

The parties need additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of March 30, 2012, at 10:00 a.m., for the sentencing in this matter.

                                                    Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: January 20, 2012        By: /s/ Michael M. Beckwith
                                                    MICHAEL M. BECKWITH
                                                    Assistant U.S. Attorney

DATED: January 20, 2012        By: /s/ Linda C. Harter
                                                    LINDA C. HARTER Esq.
                                                    Attorney for Defendant

_____

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued to March 30, 2012, at 10:00 a.m.

DATED: January 24, 2012        /s/ Edward J. Garcia
                                                    HONORABLE EDWARD J. GARCIA
                                                    UNITED STATES DISTRICT COURT JUDGE